

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GLORIA CASTILLO,<br>Defendant. | Case No. CR 22-00517-CJC<br><br>ORDER OF DETENTION |

I.

On December 23, 2022, Defendant made her initial appearance – in this district - on the indictment filed in this matter.[1] Peter Johnson, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Danny Weiner. A detention hearing was not held.[2]

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

---

[1] On December 7, 2022, Defendant appeared in the District of Nevada on the charges in the indictment issued in this district.

[2] A detention hearing was held in the District of Nevada.

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ allegations in the indictment include the use of identification belonging to others

☒ use of aliases and a different date of birth

☒ lack of bail resources, including unwillingness of family members to serve as sureties.

As to danger to the community:

☒ history of substance abuse

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding.

[18 U.S.C. § 3142(i)]

Dated: December 23, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE